<table>
<tr><td>DAVID W. BUNT, Clerk<br>Telephone: (478) 752-3497<br>Facsimile:  (478) 752-3496</td><td>UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>MIDDLE DISTRICT OF GEORGIA<br>475 Mulberry Street<br><br>MACON , GEORGIA 31202</td><td>OFFICES<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601</td></tr>
</table>

August 7, 2025

Tiron Alexander
Unit # 155024
4400 Amon Carter Blvd.
Fort Worth, TX 76155

RE:  Recent Filing
     5:25-cv-308-MTT

Dear Mr. Alexander:

I am in receipt of a recent document styled as a "Notice of Appeal and Rebuttal to Order Denying Motion to Reopen."  The document seems to be an appeal from a June 30, 2025 Order and requests us to transmit this appeal to the Eleventh Circuit.  I am unsure of your intentions with regard to this document.  This Court (the U.S. District Court) has an open appeal from the U.S. Bankruptcy Court in the Middle District of Georgia (Case No. 5:25-cv-308-MTT).  Your Bankruptcy Appeal in our court has not concluded, and the briefing schedule was recently set.  So you have an active appeal from the Bankruptcy Court pending, and I am not sure what you are wanting to appeal to the Eleventh Circuit until your appeal in the district court concludes.  Your appeal pending in this Court was filed on July 18, 2025 so there is no June 30, 2025 order entered by this court to appeal to the Eleventh Circuit.

Sincerely,

s/ David W. Bunt

DAVID W. BUNT
CLERK