UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

### 1. Personal Information

Full Name: Tiron Alexander

Address: 4400 Amon Carter Blvd, Unit 155024, Fort Worth, TX 76155

Phone Number: (404) 934-8899

Email: tuffytufft1@yahoo.com

Are you employed? No

Last date of employment: Approx. 2023

Gross monthly income: $0

### 2. Other Income Sources

Social Security (Disability or SSI): Yes - $688/month

Other income (Unemployment, Pensions, etc.): No

### 3. Assets

Cash: $0

Bank Accounts: $0

Do you own any property, vehicles, or stocks? No

### 4. Monthly Expenses

Rent: $400

Utilities: $75

Food: $100

Transportation: $75

Medical: $38

Other essentials: $0

Total Monthly Expenses: $688

Do you support anyone else? No

### 5. Debts or Financial Obligations

Creditors: Credit card companies, unpaid medical/hospital bills, School Loans, Auto Loans, Consumer Debts

Total Debts Owed: $81,000

### 6. Legal Case Information

Case Title: Tiron Alexander v. United States Trustee

Case Number: 5-25-CV-308

Court: U.S. District Court for the Middle District of Georgia

Nature of Case: Bankruptcy Appeal

### Declaration and Signature

I declare under penalty of perjury that the information above is true and correct.

Signature: *Tiron Alexander*

Printed Name: Tiron Alexander

Date: 7/18/2025