UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In re:

TIRON ALEXANDER, Debtor
Case No. 5-25-CV-308
Chapter 7

TIRON ALEXANDER,
　　　Appellant,

v.

UNITED STATES TRUSTEE,
　　　Appellee.

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

NOW COMES the Appellant, Tiron Alexander, pro se, and respectfully moves this Honorable Court, pursuant to 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24(a), for leave to proceed in forma pauperis (without prepayment of fees or costs) in connection with the appeal to the United States Court of Appeals for the Eleventh Circuit.

In support of this Motion, Appellant states as follows:

1. Appellant is appealing the Order entered June 30, 2025, by the U.S. Bankruptcy Court for the Middle District of Georgia (Case No. 5-25-CV-308), which denied Appellant's Motion to Reopen and Oral Request for Continuance.

2. Appellant is unable to pay the $605 fee (comprising of the filing fee and docketing fee [to include any other fees or surcharge]) due to financial hardship. Appellant is currently unemployed, receives disability-related income in the amount of $688 per month, and has no substantial assets or savings.

3. Appellant has attached a completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 239), which includes a sworn declaration of indigency.

4. This appeal is not taken for delay or frivolous purposes but raises substantive legal and constitutional issues, including due process, judicial discretion, and the proper application of 11 U.S.C. §109(h)(4) regarding disability waivers.

WHEREFORE, the Appellant respectfully requests that this Court:

- Grant this Motion to Proceed in forma pauperis on appeal;
- Waive all associated appellate filing and docketing fees including all other fees and surcharges;
- Grant any such other relief the Court deems just and proper.

Respectfully submitted this 17th day of July, 2025.

*Tiron Alexander*

/s/ Tiron Alexander

Tiron Alexander
4400 Amon Carter Blvd, Unit 155024
Fort Worth, TX 76155
Phone: (404) 934-8899
Email: tuffytufft@yahoo.com

Attachments:
- AO 239: Application to Proceed in District Court Without Prepaying Fees or Costs (Sworn Declaration)