

Envelope

Recycle me

ORIGIN ID:TYRA (404) 934-8593
TIRON ALEXANDER
4400 AMON CARTER BLVD
UNIT 155024
FORT WORTH, TX 76155
UNITED STATES US

SHIP DATE: 04AUG25
ACTWGT: 0.05 LB
CAD: 6570108/RCS82650

TO **DISTRICT COURT**

475 MULBERRY
UNIT 128
MACON GA 31201
(478) 762-3497

TRK# 8832 9977 7282

WED - 06 AUG 5:00P
** 2DAY **

**SP MACOG**   MCNA 31201   OA-US   ATL

FedEx Express E
REL# 3765346

475 MULBERRY CT
UNIT 128
MACON GA
31201-9200SY

**764-1014FL**

475 MULBERRY CT
UNIT 128
MACON GA
31201-9200-93

THU 08/07 03:03

**764-8581FL**