IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIRON ALEXANDER, | ) |
| Appellant, | ) |
| v. | ) CIVIL ACTION NO. 5:25-cv-308 (MTT) |
| Clerk KYLE GEORGE, | ) |
| Defendant. | ) |

# ORDER

Pro se appellant Tiron Alexander filed this appeal from an order of the United States Bankruptcy Court of the Middle District of Georgia. ECF 1. He also moved to appeal *in forma pauperis* (IFP). ECF 4; 8. After review, the Court denied Alexander's motion to proceed IFP and ordered him to pay the $298 filing fee by September 25, 2025, if he wished to proceed. Doc. 3. The deadline has since passed, and Alexander has not paid the filing fee. Failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]; *Owens v. GMAC Mortg., LLC*, 458 F. App'x 836, 838 (11th Cir. 2012). Accordingly, Alexander shall **SHOW CAUSE** by October 27, 2025, why his appeal should not be dismissed for failure to comply with the Court's order.

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

**SO ORDERED**, this 3rd day of October, 2025.

                                          S/ Marc T. Treadwell
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT