UNITED STATES DISTRICT COURT 

MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

TIRON ALEXANDER,

Plaintiff,

v.                    Civil Action No. 5:25-cv-308 (MTT)

Clerk KYLE GEORGE,

Defendant.

PRO SE NOTICE OF APPEAL AND MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

TO THE HONORABLE MARC T. TREADWELL, UNITED STATES DISTRICT JUDGE:

Pro se Plaintiff Tiron Alexander respectfully submits this Notice of Appeal and Motion to Proceed In Forma Pauperis on Appeal, appealing to the United States Court of Appeals for the Eleventh Circuit.

I. NOTICE OF APPEAL

Plaintiff Tiron Alexander hereby gives notice of appeal from the Order entered by this Honorable Court on October 30, 2025, which denied his motion for reconsideration of the Court's prior denial of his request to proceed in forma pauperis ("IFP") on appeal and required payment of the full filing fee.

Mr. Alexander believes that the Court's decision contains errors of law and fact that substantially affect his rights. Accordingly, he respectfully asks that the Eleventh Circuit Court of Appeals review and reverse the decision.

II. MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Mr. Alexander respectfully requests permission to proceed with this appeal without prepayment of the appellate filing fee, pursuant to 28 U.S.C. § 1915(a) and Federal Rule of Appellate Procedure 24(a).

Mr. Alexander is unable to pay the filing fee due to severe financial hardship. He currently has no steady income, limited financial resources, and faces ongoing economic difficulties. Requiring prepayment of the filing fee would impose a substantial hardship and effectively deny him access to appellate review.

III. GOOD FAITH BASIS FOR APPEAL

This appeal is filed in good faith and not for the purpose of delay. Mr. Alexander raises substantial and non-frivolous constitutional and procedural questions, including:

1. Whether the Bankruptcy Court denied Mr. Alexander due process by refusing to reopen his case and allow him a meaningful opportunity to be heard;

2. Whether this Court erred in determining that his appeal was frivolous under 28 U.S.C. § 1915(a)(3), despite the presence of legitimate legal and constitutional issues; and

3. Whether denying IFP status solely because of indigence violates the right to meaningful access to the courts under the Fifth and Fourteenth Amendments.

An appeal is taken in good faith when it seeks review of issues that are "not plainly frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962). Mr. Alexander's appeal raises serious questions concerning access to justice, due process, and equal protection — matters that warrant appellate consideration.

IV. REQUEST FOR RELIEF

For these reasons, Mr. Alexander respectfully requests that this Honorable Court:

1. Grant his Motion to Proceed In Forma Pauperis on appeal;

2. Direct the Clerk to process and transmit this appeal to the United States Court of Appeals for the Eleventh Circuit; and

3. If IFP status is denied, state in writing the reasons for denial so that Mr. Alexander may renew his motion before the Eleventh Circuit under FRAP 24(a)(5).

V. DECLARATION

Mr. Alexander declares under penalty of perjury that the statements contained in this Notice of Appeal and Motion are true and correct to the best of his knowledge and belief.

Respectfully submitted,

Dated: November 10, 2025

*Tiron Alexander*

/s/ Tiron Alexander

Tiron Alexander, Pro Se

4400 Amon Carter Blvd 155024

Fort Worth , TX 76155

(404)757-2147