**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **TIRON ALEXANDER,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-CV-308 (MTT)** |
| | ) | |
| **Clerk KYLE GEORGE,** | ) | |
| | ) | |
| **Appellee.** | ) | |
| | ) | |

## ORDER

Appellant Tiron Alexander, proceeding pro se, filed this appeal from an order of

the United States Bankruptcy Court of the Middle District of Georgia. ECF 1. He also

moved to appeal *in forma pauperis* ("IFP"). ECF 4; 8. The Court denied Alexander's

motion to appeal IFP, concluding that he had not met 28 U.S.C. § 1915(a)(3)'s good

faith requirement. The Court, therefore, ordered Alexander to pay the required $298

filing fee by September 25, 2025. ECF 9.

The deadline passed without a response from Alexander. Thus, the Court

ordered Alexander to show cause by October 27, 2025, why his appeal should not be

dismissed for failure to comply with the Court's order. ECF 10. Alexander then moved

for reconsideration of the Court's denial of his IFP motion. ECF 11. The Court denied

Alexander's motion for reconsideration and again ordered him to show cause by

November 14, 2025, for his failure to pay the filing fee. ECF 12.

On November 13, 2025, Alexander filed a notice of interlocutory appeal and

again moved to appeal IFP, which the Court denied. ECF 13. The Eleventh Circuit then

dismissed Alexander's appeal for failure to prosecute. ECF 19. Alexander has yet to pay

the required filing fee and has failed to comply with the Court's previous show cause orders.

As Alexander was previously warned, the failure to prosecute and the failure to comply with the Court's orders and instructions are grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]. Accordingly, Alexander's appeal is **DISMISSED**.

**SO ORDERED**, this 23rd day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).