IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TIRON ALEXANDER,                            *

        Appellant,                      *

v.                                                    Case No.   5:25-CV-308-MTT
                                             Bankruptcy Appeal No. 25-14134-F
Clerk KYLE GEORGE,                          *

        Appellee.                       *

_____

                                             *

**J U D G M E N T**

Pursuant to this Court's Order dated June 23, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 23rd day of June, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk